FILED 10 AUG '23 13:37 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland _____ DIVISION

ROBERT LEE ERSKINE

*(Enter full name of plaintiff)*

Plaintiff,

v.

O.S.P. DOCTOR HEIDI MILLER,
O.S.P. TLC COMMITTEE IN THEIR
INDIVIDUAL PERSON CAPACITIES WHILE

*(Enter full name of ALL defendant(s))*
ACTING UNDER COLOR OF STATE LAW

Defendant(s).

Civil Case No. 3:23-cv-1170 JE
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☒ Yes    ☐ No

## I. PARTIES

List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.

**Plaintiff**    Name: ROBERT LEE ERSKINE
Street Address: O.S.P. 2605 STATE ST
City, State & Zip Code: SALEM, OREGON 97310
Telephone No.: N/A

Complaint for Violation of Civil Rights (Prisoner Complaint)    1
[Rev. 01/2018]

**Defendant No. 1**    Name: HEIDI MILLER O.S.P. DOCTOR
Street Address: 2605 STATE ST
City, State & Zip Code: SALEM, OREGON 97310
Telephone No.: UNKNOWN

**Defendant No. 2**    Name: O.S.P. TLC COMMITTEE MEMBER #1
Street Address: 2605 STATE ST
City, State & Zip Code: SALEM, OREGON 97310
Telephone No.: UNKNOWN

**Defendant No. 3**    Name: O.S.P. TLC COMMITTEE MEMBER #2
Street Address: 2605 STATE ST
City, State & Zip Code: SALEM, OREGON 97310
Telephone No.: UNKNOWN

**Defendant No. 4**    Name: O.S.P. TLC COMMITTEE #3
Street Address: 2605 STATE ST
City, State & Zip Code: SALEM, OREGON 97310
Telephone No.: UNKNOWN

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)
   TITLE 42 U.S.C. §1983 AND 28 U.S.C. §1343(3)

Complaint for Violation of Civil Rights (Prisoner Complaint)    2
[Rev. 01/2018]

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

DELIBERATE INDIFFERANCE TO PLAINTIFFS SERIOUS MEDICAL NEEDS, EIGHTH AMENDMENT CRUEL AND UNUSUAL PUNISHMENT VIOLATIONS SECTIONS 13, 23 OREGON CONSTITUTION, U.S.C. ARTICLE 1, SECTIONS 16, 23 OREGON CONSTITUTION

### III. STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

DEFENDANTS VIOLATED MY RIGHTS AS STATED ABOVE BY ACTING OUTSIDE THEIR JOB DESCRIPTION W/ INTENTIONAL NEGLIGENCE AND SUBJECTING ME TO INHUMANE MEDICAL NEGLECT AND MALPRACTICE FOR OVER 12 YEARS PLEASE SEE STATEMENT OF FACTS IN SUPPORT AS SUCH DEFENDANTS ARE NOT IMMUNE FROM CIVIL LITIGATION IN THIS COURT JURISDICTION STATED HEREIN - ONGOING VIOLATIONS FROM 01-05-2011 TILL NOW 07-30-23

#### Claim II

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

PLEASE SEE STATEMENT OF FACTS IN SUPPORT ATTACHED PAGE BETWEEN 4 AND 5 CLAIM 2 IS ALSO IS FOR ILLEGAL/WRONGFULL CONDITIONS

OF CONFINEMENT

### Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

PLEASE SEE STATEMENT OF FACTS IN SUPPORT BETWEEN PAGE 4 AND 5 HEREIN ALSO WHEN I WAS TRANSFERED TO TWO RIVERS CORRECTIONAL FACILITY IN UMATILLA COUNTY T.R.C.I. DOCTOR PATRICK MANEY SOMETIME BETWEEN 02-19-21 AND 04-28-21 (ORDERED) I BE SEEN BY A HEART SPECIALIST, NECK AND BACK SPECIALIST AND NORCO PAIN MEDICATION X 3 A DAY DUE TO THE FACT I WAS HIT BY A CAR PEDESTRIAN V. VEHICLE AT APPRO APPROXIMATELY 45 MPH IN 2008 DRUNK DRIVER - DEFENDANT COMPLIED W/ HEART SPECIALIST BUT HAS REFUSED ALL OTHER SAID DOCTORS ORDERS

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

FACTUAL ALLEGATIONS IN SUPPORT

#1

PLAINTIFF IS SEVERELY MENTALLY ILL W/ BRAIN DAMAGE AND DIMINISHED REQUESTING PRO BONO COUNSEL FOR SPECIFIC PURPOSES OF FILING AMENDED COMPLAINT AND RESPONDING TO MOTION TO DISMISS 6 MONTH TRUST ACCOUNT STATEMENT HEREIN

#2

PLAINTIFF SUFFERS FROM SEVERE MEDICAL CONDITIONS INCLUDING, BUT NOT LIMITED TO, CHRONIC MEDICAL ISSUES RELATED TO NECK, BACK AND KNEES - CONDITIONS CAUSING PLAINTIFF TO SUFFER FROM CONSISTENT AND SIGNIFICANT PAIN AND NERVE ISSUES

#3

PLAINTIFF HAS BEEN DIAGNOSED W/ MEDICAL ISSUES INCLUDING SCHIZOPHRENIA, PTSD, HYPERLIPIDEMIA, HYPERTENSION, SEIZURES, AND MULTI LEVEL DEGENERATIVE DISC DISEASE THESE SYMPTOMS IMPACT PLAINTIFF'S ABILITY TO REGULARLY PARTICIPATE IN ACTIVITIES OF DAILY LIVING

#4

PLAINTIFF HAS REPEATEDLY REQUESTED TO BE SEEN BY MEDICAL SPECIALISTS AND TO HAVE SCANS DONE SINCE AT LEAST JUNE 12TH, 2017 INCLUDING SPECIFICALLY REQUESTING MRI'S.

#5

X RAY SCANS HAVE BEEN DONE AS WELL AS X-RAY SCANS ON 09-06 2017 OF PLAINTIFF'S LUMBAR SPINE A 10-26-22 SCAN OF PLAINTIFF'S KNEE AND A 03-23-2022 SCAN OF PLAINTIFF'S SPINE - THE 03-23-22 SCAN OF PLAINTIFF'S

Page 1 of 3        FACT IN SUPPORT OF CLAIMS

1. SPINE FOUND MULTILEVEL DEGENERATIVE DISC(S) DISEASE W/ INTERVERTEBRAL
2. DISC HEIGHT LOSS AND ANTERIOR OSTEOPHYTES THROUGHOUT THE CERVICAL
3. SPINE" NO MRI SCANS TO THIS DATE 07-30-23
4. #6
5. PLAINTIFF HAS SIGNIFICANT CHRONIC PAIN-
6. #7
7. TO DATE DEFENDANTS HAS NOT PROVIDED SUFFICIENT MEDICATIONS TO
8. ADDRESS PLAINTIFF'S ONGOING MEDICAL CONDITIONS AND RESULTING PAIN

PLAINTIFF'S FIRST CLAIM FOR RELIEF

10. FACTS IN SUPPORT OF CLAIMS: COUNT 1
11. CRUEL AND UNUSUAL PUNISHMENT IN FAILURE TO PROVIDE ADEQUATE
12. TREATMENT AND DIAGNOSIS OF PLAINTIFF'S SERIOUS MEDICAL CONDITIONS
13. COUNT 2
14. PLAINTIFF SUFFERS FROM SIGNIFICANT PAIN WHICH HE HAS DEALT
15. W/ FOR MANY YEARS - EACH OF THESE CONDITIONS CAUSES PLAINTIFF
16. SIGNIFICANT PAIN
17. COUNT 3
18. PLAINTIFF HAS REQUESTED TREATMENT FOR HIS PAIN ON A MULTITUDE OF
19. OCCASIONS. PLAINTIFF IS WHOLLY RELIANT UPON DEFENDANTS FOR ADEQUATE
20. MEDICAL CARE AND PROTECTION. NONETHELESS, DEFENDANT HAS REPEATEDLY
21. DENIED AND/OR IGNORED PLAINTIFF'S REQUESTS FOR TREATMENT
22. COUNT 4
23. DEFENDANTS FAILURE TO PROVIDE PLAINTIFF ADEQUATE TREATMENT FOR
24. HIS PAIN AMOUNTS TO DELIBERATE INDIFFERENCE TO PLAINTIFF'S SERIOUS

Page 2 of 3   FACTS IN SUPPORT OF CLAIMS

1. MEDICAL NEEDS IN VIOLATION OF EIGHT AMENDMENT OF THE UNITED
2. STATES CONSTITUTION AND ARTICLE 1, SECTIONS 16 AND 23 OF THE OREGON
3. CONSTITUTION.
4.       COUNT 5
5. UNNECESSARY RIGOR IN FAILURE TO PROVIDE ADEQUATE MEDICAL TREATMENT
6. AND DIAGNOSIS OF PLAINTIFF'S SERIOUS MEDICAL CONDITIONS - DEFENDANTS
7. CONDUCT AMOUNT TO THE UNNECESSARY RIGOR AND CONSTITUTES AN IMMEDIATE
8. ONGOING AND SERIOUS HEALTH HAZARD IN VIOLATION OF ARTICLE 1, SECTIONS
9. 13 AND 23 OF THE OREGON CONSTITUTION.
10.       COUNT 6
11. PLAINTIFF PRAYS FOR ANY OTHER RELIEF THE COURT MAY DEEM JUST AND
12. PROPER TO ADDRESS THE ALLEGED DEPRIVATIONS - DEFENDANTS ARE IN MY HABEAS
13. CORPUS PETITION MARION COUNTY CIRCUIT COURT CASE NO. 22CV24796 AS SUCH
14. I DON'T HAVE TO EXHAUST STATE JUDICIAL REMEDIES PRIOR TO FEDERAL 1983 1983
15. FOR MONETARY DAMAGES, DECLARATORY AND INJUNCTIVE RELIEF FROM THIS HONORABLE
16. COURT
17. DECLARATION IN SUPPORT : I ROBERT LEE ERSKINE HEREBY SWEAR UNDER
18. PENALTY OF PERJURY ALL STATEMENTS MADE HEREIN 1983 ARE 100% TRUE AND
19. CORRECT
20. 07-30-23   /s/
     ROBERT LEE ERSKINE
21.      PLAINTIFF PROSE

Page 3 of 3  FACTS IN SUPPORT OF CLAIMS

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

PLAINTIFF PRAYS THIS HONORABLE COURT ISSUE COURT ORDERED DECLARATORY AND INJUNCTIVE RELIEF AND GRANT PLAINTIFF 10 MILLION DOLLARS IN MONETARY DAMAGES FOR THE GROSS VIOLATIONS OF PLAINTIFFS RIGHTS BY DEFENDANTS STATED HEREIN AND REASONABLE ACCOMMODATIONS AND TO COMPLY W/ DOCTOR PATRICK MAVEY'S COURT ORDERS AND ORDER DEFENDANTS TO GIVE ME STATE OF THE ART MEDICAL PRIVATE CARE W/ ALL EXPENSES, INCLUDING NAME BRAND MEDICATION ALL PAID IN FULL BY DEFENDANTS THAT IS ALL FOR THE INTENTIONAL NEGLIGENCE AND GROSS VIOLATIONS OF SAID RIGHTS HEREIN

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20 day of JULY, 2023.

_____
(Signature of Plaintiff)